IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA BRENNAN,**<br>             **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **FIVE BELOW, INC.,**<br>             **Defendant.** | **NO.  22-1383** |

# O R D E R

**AND NOW**, this 13th day of March, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17), Plaintiff's Response (ECF No. 23), and the Reply thereto (ECF No. 24), **IT IS ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    HODGE, KELLEY B., J.